**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ZAHIER ABDUL TURKMANI, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:10-cv-00711-KJD-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter is before the Court on Plaintiff's Request that Writ of Mandate be Sealed (#11), filed February 23, 2011.  Upon review and consideration,

**IT IS HEREBY ORDERED** that Plaintiff's Request that Writ of Mandate be Sealed (#11) is **granted**.  The Clerk of the Court shall seal the original Complaint filed in docket entry #1, with Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs.

DATED this 24th day of February, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge