```
 1  DANIEL G. BOGDEN
    United States Attorney
 2  District of Nevada
    Nevada State Bar No. 2137
 3  CARLOS A. GONZALEZ
    Assistant United States Attorney
 4  333 Las Vegas Blvd. So., #5000
    Las Vegas, Nevada   89101
 5  Ph: (702) 388-6336
    Fax: (702) 388-6787
 6  E-mail: Carlos.Gonzalez2@usdoj.gov
    Attorneys for the United States.
 7
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ABDULZAHIR TURKMANI, | ) | Case No. 2:10-cv-00711-KJD-RJJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED DEFENDANTS' MOTION FOR EXTENSION OF TIME**

(First Request)

COMES NOW defendants, by and through their attorneys, Daniel G. Bogden, United States Attorney for the District of Nevada, and Carlos A. Gonzalez, Assistant United States Attorney, and request a sixty (60) day extension of time, to file an appropriate and meaningful response to Plaintiff's Request for Remand.

. . .

. . .

. . .

1   Defendants' current deadline to answer plaintiffs complaint
2 is April 21, 2011.  Undersigned counsel must coordinate
3 defendants appropriate response to the complaint with the Social
4 Security Office of Regional Chief Counsel in San Francisco,
5 California.  At the present time that office is preparing
6 numerous answers and pleadings to be filed on litigation
7 presently pending with various District Courts in the western
8 region of the United States as well as the 9th Circuit Court of
9 Appeals.  On April 4, 2011, undersigned counsel contacted Mr.
10 Marc V. Kalagian, counsel for plaintiff to inform him of the need
11 for the instant motion for an extension of time.  He indicated
12 that he does not have any objections.
13 ...
14 ...
15 ...
16 ...
17 ...
18 ...
19 ...
20 ...
21 ...
22 ...
23 ...
24 ...
25 ...
26 ...

It is therefore respectfully requested that defendants be granted a sixty (60) day extension of time to file an appropriate pleading to answer complaint up to and including June 20, 2011.

DATED this 6th day of April 2011.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

  /s/ Carlos A. Gonzalez
CARLOS A. GONZALEZ
Assistant United States Attorney


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATE:  April 11, 2011

3